USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3\11\2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CARLOS R. MELENDEZ ORTEGA,
                Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

19 **CIVIL** 5134 (MKV)(JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 11, 2020, that this action is remanded to the Commissioner

of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:** New York, New York
       March 11, 2020

                             **RUBY J. KRAJICK**

                             **Clerk of Court**
               **BY:**
                             **Deputy Clerk**